Before the Third Division, June 7, 1939

No. 41556.—Protest 985844–G of W. F. Mackay (Pembina).

Opinion by Evans, J. The plaintiff's claim was sustained that the liquidation of the entry in question is void because based on a void appraisement. *International Clearance Co.* v. *United States* (T. D. 48544) followed.

No. 41557.—Protest 979837–G of Frank Tea & Spice Co. (New York).

Opinion by Evans, J. On the record presented the thyme leaves in question were held free of duty under paragraph 1669 as claimed.

No. 41558.—Protest 971846–G of H. P. Lambert Co., Inc. (Boston).

Opinion by Evans, J. On the record presented the claim for free entry under paragraph 1669 was sustained.

No. 41559.—Protests 971837–G, etc., of Canada Dry Ginger Ale, Inc. (Boston).

Opinion by Evans J. On the records presented the protests were overruled.

No. 41560.—Protest 978984–G of Arthur Mattie (Boston).

Opinion by Evans, J. On the record presented the protest was overruled.

No. 41561.—Protest 974179–G of Dolliff & McGrath (Boston).

Opinion by Evans, J. On the record presented the protest was overruled.

No. 41562.—Protest 972378–G of Fraser Cos., Ltd. (Portland, Maine).

Opinion by Evans, J. On the record presented the protest was overruled.

No. 41563.—Protest 958784–G of R. Cascardo (New York).

Opinion by Evans, J. On the record presented the protest was overruled.